IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION


FILED
SEP 19 2017
Clerk, U.S. District Court
District Of Montana
Billings

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17-64-BLG-SPW |
| Plaintiff, | |
| vs. | ORDER |
| GERALD SCOTT PRINDLE, | |
| Defendant. | |

I hereby recuse myself from all further proceedings in this action and hereby request that the Honorable Dana L. Christensen, Chief Judge, reassign this case.

DATED this 19th day of September, 2017.

SUSAN P. WATTERS
United States District Judge