IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION



FILED
APR 12 2018
Clerk, U.S District Court
District Of Montana
Missoula

| UNITED STATES OF AMERICA, | CR 17–64–BLG–DLC |
|---|---|
| Plaintiff, | |
| vs. | ORDER |
| GERALD SCOTT PRINDLE, | |
| Defendant. | |

Defendant Gerald Scott Prindle ("Prindle") has filed a Motion Requesting a Judicial Recommendation to the Bureau of Prisons that he be eligible to serve the maximum time allowable by statute (12 months) at a Residential Re-entry Center ("RRC")/halfway house preceding the expiration of his sentence. (Doc. 51.)

Prindle is currently serving a 18-month term of imprisonment, to be followed by 3 years of supervised released. His release date is June 7, 2019. Prindle believes that placement at a RRC/halfway house upon release would help him reform and rejoin a law-abiding society. While the Court understands Prindle's desire to reside in a RRC/halfway house upon release from prison, the Court will not distinguish him from other inmates. It is within the discretion of the Bureau of Prisons to assign halfway house placement in accordance with the

criteria Congress has given it. *See* 18 U.S.C. § 3621(b).

Accordingly, IT IS ORDERED that Defendant Prindle's Motion (Doc. 51) is DENIED.

DATED this 12th day of April, 2018.

*/s/ Dana L. Christensen*
Dana L. Christensen, Chief Judge
United States District Court