IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MONTANA
BILLINGS DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | CR 17–64–BLG–DLC |
| Plaintiff, | |
| vs. | ORDER |
| GERALD SCOTT PRINDLE, | |
| Defendant. | |

Before the Court is Defendant Gerald Scott Prindle's second motion for early termination of supervised release requesting that this Court prematurely terminate his three-year term of supervised release. (Doc. 58.) For the reasons stated herein, the Court will deny the motion, subject to renewal.

Just under six months ago, Mr. Prindle filed a nearly identical motion requesting that this Court prematurely discontinue his supervised release. (Doc. 55.) In response, the Court advised him that "it is the practice of this court to require defendants to complete two-thirds of their supervised release terms before granting early termination." (Doc. 57 at 1.) As such, the Court denied his motion (Doc. 55) but stated that he could renew his motion after June 14, 2021, when he had "completed two-thirds of his three-year term of supervised release." (*Id.* at 2.) Nothing has changed since then.

1

Mr. Prindle's second motion (Doc. 58) does not describe any alteration of circumstances that would justify a departure from this Court's standard practice. The Court appreciates Mr. Prindle's desire to be free from the constraints of supervised release, but again urges him to continue doing "very well on supervised release." (Doc. 57 at 2.) If Mr. Prindle continues to display the same record of success on supervision until he has completed two-thirds of his three-year term of supervised release, then, as the Court has previously advised him, it will be inclined to grant the motion. (*Id.* at 1.) Until then, the Court will continue to deny any motions filed by Mr. Prindle seeking the premature termination of his supervised release.

Accordingly, IT IS ORDERED that Mr. Prindle's motion (Doc. 58) is DENIED, subject to renewal after he has completed two-thirds of this three-year term of supervised release.

DATED this 14th day of January, 2021.

_____
Dana L. Christensen, District Judge
United States District Court